BRADLEY S. MAINOR, ESQ.
Nevada Bar No. 7434
JOSEPH J. WIRTH, ESQ.
Nevada Bar No. 10280
**MAINOR WIRTH, LLP**
1215 S. Fort Apache, Ste 120
Las Vegas, Nevada 89117
(702) 464-5000
(702) 463-4440 Facsimile
bmainor@mainorwirth.com
jwirth@mainorwirth.com
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MONICA WILLIAMS-HARVEST, | |
| Plaintiff, | CASE NO. 2:10-cv-00450-RCJ-GWF |
| vs. | |
| McKELVEY TRUCKING COMPANY, et al. | |
| Defendants. | |

### SUBSTITUTION OF ATTORNEYS

ROBERT T. EGLET, ESQ., and ROBERT M. ADAMS, ESQ., of the law firm of MAINOR EGLET, LLP, as counsel of record for Plaintiff MONICA WILLIAMS-HARVEST, do hereby consent to the substitution of BRADLEY S. MAINOR, ESQ. and JOSEPH J. WIRTH, ESQ. of

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

the law firm of MAINOR WIRTH, LLP as attorneys for Plaintiff MONICA WILLIAMS-HARVEST, in the above-entitled matter in their place and stead.

DATED this 18th day of April, 2011.

> MAINOR EGLET, LLP
>
> ROBERT T. EGLET, ESQ.
> Nevada Bar No. 3402
> ROBERT A. ADAMS, ESQ.
> Nevada Bar No. 6551
> City Centre Place, Suite 600
> 400 South Fourth Street
> Las Vegas, Nevada 89101
> (702) 450-5400

BRADLEY S. MAINOR, ESQ., and JOSEPH J. WIRTH, ESQ., of the law firm of MAINOR WIRTH, LLP, do hereby agree to be substituted in the place of ROBERT T. EGLET, ESQ., and ROBERT M. ADAMS, ESQ., as attorneys for Plaintiff MONICA WILLIAMS-HARVEST in the above-entitled matter.

DATED this 20th day of April, 2011.

> MAINOR WIRTH, LLP
>
> BRADLEY S. MAINOR, ESQ.
> Nevada Bar No. 7434
> JOSEPH J. WIRTH, ESQ.
> Nevada Bar No. 10280
> 1215 S. Fort Apache Rd. Ste.120
> Las Vegas, Nevada 89117
> (702) 464-5000
> (702) 463-4440 Facsimile

MONICA WILLIAMS-HARVEST, Plaintiff in the above-entitled matter, consents to the substitution of BRADLEY S. MAINOR, ESQ. and JOSEPH J. WIRTH, ESQ. of the law firm of MAINOR WIRTH, LLP, in the place of ROBERT T. EGLET, ESQ., and ROBERT M. ADAMS, ESQ., as her attorney of record.

DATED this 15th day of April, 2011.

*[signature]*
MONICA WILLIAMS-HARVEST

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on the 20th day of April, 2011, I caused service of the foregoing **SUBSTITUTION OF ATTORNEYS** to be made by depositing a true and correct copy of same in the United States Mail, postage fully prepaid, addressed to the following:

Michael Federico, Esq.
Olson, Cannon, Gormley & Desruisseaux
9950 W. Cheyenne Ave.
Las Vegas, NV 89129
Attorney for Defendants

*[signature]*
An employee of Mainor Wirth

**IT IS SO ORDERED.**

*[signature]*
GEORGE FOLEY, JR.
**United States Magistrate Judge**

**DATED:   May 12, 2011**

3